– 1 –

1  ROBERT D. PHILLIPS, JR.  (SBN: 82639)
   Email:  rphillips@reedsmith.com
2  THOMAS A. EVANS (SBN 202841)
   Email:  tevans@reedsmith.com
3  REED SMITH LLP
   101 Second Street, Suite 1800
4  San Francisco, CA  94105
   Telephone:  (415) 543-8700
5  Facsimile:  (415) 391-8269

6  Attorneys for Defendant
   H. J. HEINZ COMPANY

7

8  **UNITED STATES DISTRICT COURT**

9  **NORTHERN DISTRICT OF CALIFORNIA**

10 **SAN FRANCISCO**

11 TROY BACKUS, | Case No. 3:15-CV-02738-WHO

12         Plaintiff, | **STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT; STIPULATION AND ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE**

13 v.

14 H. J. HEINZ COMPANY,

15         Defendant.

The Honorable William H. Orrick

Complaint Filed: June 18, 2015
Trial Date: None Set

– 1 –
STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT; STIPULATION AND ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE

– 2 –

Pursuant to Civil L.R. 6-1(a), defendant H. J. Heinz Company ("Heinz") and plaintiff Troy Backus stipulate and agree to extend Heinz's time to respond to the Complaint in this matter by an additional fourteen (14) days, until October 9, 2015.  On September 9, 2015, the parties stipulated to extend Heinz's time to respond by fourteen days, until September 25, 2015.

This stipulated extension will not affect any event or deadline that has been set by the Court. The Court has previously granted a stipulated request for an additional week for Backus to respond to any motion filed by Heinz in response to the Complaint.  This extension will remain and run from the date of Heinz's filing of any motion in response to the Complaint.

Pursuant to Civil L.R. 6-1(b) and 6-2, the parties further stipulate to and request that the Court continue the Case Management Conference from September 23, 2015, at 2:00 p.m. to October 6, 2015, at 2:00 p.m. or a later date.  The parties are discussing a resolution of this matter that will result in the dismissal of this action.  Good cause exists for the requested continuance because continuing the Case Management Conference will allow both the parties and the Court to avoid expending unnecessary time and resources preparing for and attending the scheduled proceeding while the parties continue negotiations.

DATED:  September 18, 2015            THE WESTON FIRM


                                       By: /s/ Gregory S. Weston_____
                                          Gregory S. Weston
                                          Attorneys for Plaintiff TROY BACKUS
                                          and the proposed class.




DATED:  September 18, 2015            REED SMITH LLP


                                       By:__/s/ Thomas A. Evans_____
                                          Thomas A. Evans
                                          Robert D. Phillips, Jr.
                                          Attorneys for Defendant
                                          H. J. HEINZ COMPANY

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

## **ATTESTATION**

I, Thomas A. Evans, am the ECF User whose identification and password are being used to file this document. I hereby attest that the concurrence to the filing of this document has been obtained from each signatory hereto.

DATED: September 18, 2015                REED SMITH LLP

By: /s/ Thomas A. Evans
    Thomas A. Evans
    Robert D. Phillips, Jr.
    Attorneys for Defendant
    H. J. HEINZ COMPANY

– 4 –

**ORDER**

Pursuant to stipulation of the parties and good cause being shown, it is hereby ORDERED that the Case Management Conference, currently set for September 23, 2015, at 2:00 p.m, is continued to October 6, 2015, at 2:00 p.m

IT IS SO ORDERED.

Dated: September 21, 2015

The Honorable William H. Orrick
United States District Judge

– 4 –
STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT; STIPULATION AND ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE