UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TROY BACKUS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>H.J. HEINZ COMPANY,<br><br>　　　　Defendant. | Case No.  15-cv-02738-WHO<br><br>**ORDER OF DISMISSAL**<br><br>Re: Dkt. No. 21 |

　　　　Pursuant to the Notice of Dismissal With Prejudice, **IT IS HEREBY ORDERED** that this case is dismissed **with** prejudice. The Clerk shall close the case.

Dated: October 16, 2015

_____
WILLIAM H. ORRICK
United States District Judge